UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL A. ESCOE,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT,<br><br>　　　　　Defendant. | No. CV 19-00264-TJH-JPRx<br><br>**[28] JUDGMENT**<br><br>**DENIED**<br>BY ORDER OF THE COURT |

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned case was DISMISSED without prejudice and so no judgment. This judgment is denied. |
| 2 | |
| 3 | |
| 4 | |
| 5 | DATED: November 15, 2019 |

**DENIED**
BY ORDER OF THE COURT

*Terry J. Hatter, Jr.* (signature)

———————————————
HONORABLE TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

Presented by,

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section


   */s/ Margaret M. Chen*
MARGARET M. CHEN
Assistant United States Attorney

Attorneys for Defendant
United States Office of Personnel Management